| | |
|---|---|
| COOLEY LLP<br>TRAVIS LEBLANC (251097)<br>(tleblanc@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>TERESA MICHAUD (296329)<br>(tmichaud@cooley.com)<br>355 South Grand Avenue, Suite 900<br>Los Angeles, CA 90071<br>Telephone: (213) 561-3250<br>Facsimile: (213) 561-3244<br><br>Attorneys for Defendant<br>GOOGLE LLC | BURSOR & FISHER, P.A.<br>NEAL J. DECKANT (322946)<br>(ndeckant@bursor.com)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br><br>Attorneys for Plaintiff<br>NICOLE ARROYO |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ARROYO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>GOOGLE, LLC,<br><br>        Defendant. | Case No. 25-cv-10706-NC<br><br>**STIPULATION TO EXTEND GOOGLE LLC'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Date Action Filed: December 16, 2025<br>Trial Date: Not Yet Set |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

STIP. TO EXTEND GOOGLE'S
DEADLINE TO RESPOND
CASE NO. 25-CV-10706-NC

Pursuant to Civil Local Rule 6-1(a), Plaintiff Nicole Arroyo ("Plaintiff") and Defendant Google LLC ("Google"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on October 27, 2025, Plaintiff filed a Class Action Complaint (the "Complaint") against Google in the Superior Court of California for the County of Santa Clara;

WHEREAS, Plaintiff served the Complaint on Google on November 20, 2025;

WHEREAS, Google filed a Notice of Removal of the action to the Northern District of California on December 16, 2025 (ECF No. 1);

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), the deadline for Google to answer or otherwise respond to the Complaint is currently December 23, 2025;

WHEREAS, pursuant to Local Rule 6-1(a), Google requested and Plaintiff agreed to extend Google's time to answer or otherwise respond to the Complaint through and until February 16, 2026 (the "Extension");

WHEREAS, the Extension will not alter the date of any event or deadline already fixed by Court order;

STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, pursuant to Local Rule 6-1(a), that:

1. The time for Google to answer or otherwise respond to the Complaint in this action shall be extended through and until February 16, 2025; and

2. Nothing herein shall be deemed a waiver of any rights or defenses by Google or Plaintiff.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. TO EXTEND
GOOGLE'S DEADLINE TO RESPOND
CASE NO. 25-CV-10706-NC

**IT IS SO STIPULATED.**

Dated: December 17, 2025　　　　　　　　　　COOLEY LLP

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Teresa Michaud*
　　　　　　　　　　　　　　　　　　　　　　　　　Teresa Michaud

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　GOOGLE LLC

Dated: December 17, 2025　　　　　　　　　　BURSOR & FISHER, P.A.


　　　　　　　　　　　　　　　　　　　　　　By: */s/ Neal J. Deckant*
　　　　　　　　　　　　　　　　　　　　　　　　　Neal J. Deckant

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　NICOLE ARROYO

### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 17, 2025

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Teresa Michaud*
　　　　　　　　　　　　　　　　　　　　　　　　　Teresa Michaud

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. TO EXTEND
GOOGLE'S DEADLINE TO RESPOND
CASE NO. 25-CV-10706-NC